**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANINE C. CUDDY, an individual, | Case No. 3:22-cv-00459-ART-CLB |
| Plaintiff, | **ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** |
| vs. | |
| STARBUCKS CORPORATION, a foreign corporation, d.b.a. Starbucks Coffee, | |
| Defendant. | |

Plaintiff, JANINE C. CUDDY ("Plaintiff"), and Defendant, STARBUCKS CORPORATION ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Amended Complaint from the current deadline of January 3, 2023, up to and including **January 17, 2023.** This is the first request for an extension of time to respond to the Amended Complaint. The instant request for an extension is necessary because defense counsel was recently retained and needs additional time to investigate the allegations and prepare a sufficient responsive pleading to the Amended Complaint.

/ / /

/ / /

/ / /

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

This request is made in good faith and not for the purpose of delay.

Dated: December 28, 2022								Dated: December 28, 2022

Respectfully submitted,								Respectfully submitted,

 /s/ *William J. Geddes*								 /s/ *Michael D. Dissinger*
WILLIAM J. GEDDES, ESQ.							Z. KATHRYN BRANSON, ESQ.
THE GEDDES LAW FIRM, P.C.							MICHAEL D. DISSINGER, ESQ.
										LITTLER MENDELSON, P.C.
Attorneys for Plaintiff,
JANINE C. CUDDY								Attorneys for Defendant,
										STARBUCKS CORPORATION

**IT IS SO ORDERED.**

Dated: December 29, 2022

_____
UNITED STATES MAGISTRATE JUDGE