**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANINE C. CUDDY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a foreign corporation, d.b.a. Starbucks Coffee,<br><br>Defendant. | Case No. 3:22-cv-00459-ART-CLB<br><br>**ORDER TO PROCEED TO ARBITRATION PENDING COMPLETION OF THE EARLY NEUTRAL EVALUATION** |

Plaintiff, JANINE C. CUDDY ("Plaintiff"), and Defendant, STARBUCKS CORPORATION ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff entered into an arbitration agreement with Defendant, purportedly requiring Plaintiff and Defendant to submit to final and binding arbitration of any and all claims and disputes that are related in any way to Plaintiff's employment or the termination of her employment with Defendant (hereinafter, the "Arbitration Agreement");

WHEREAS, on October 18, 2022, Plaintiff filed a Complaint in the United States District Court in the District of Nevada entitled *Janine C. Cuddy v. Starbucks Corporation,* Case No. 3:22-cv-00459-ART-CLB (ECF #1) and on November 2, 2022 Plaintiff filed an Amended Complaint (ECF #2) alleging claims for (1) Unlawful Discrimination Based on Disability – Failure to Engage in the Interactive Process in Good Faith, Failure to Accommodate Disabilities, Disparate

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV
89169.5937
702.862.8800

Treatment, Failure to Provide Training Opportunities, Termination of Employment, and Failure to Re-Hire Because of Disabilities (Americans with Disability Act and Amendment Act – 42 U.S.C. § 12101 *et seq.*); (2) Unlawful Retaliation Based on Disability (Violation of the Anti-Retaliation Provisions of the ADA, 42 U.S.C. § 12203 *et seq.*); (3) Violation of Nevada's Anti-Discrimination Statute Based on Disability (Failure to Engage in the Interactive Process in Good Faith, Failure to Accommodate Disabilities, Disparate Treatment, and Termination of Employment Because of Disabilities) (NRS 613.330); and (4) Unlawful Retaliation Based on Disability (Violation of the Anti-Retaliation Provisions of Nevada's Anti-Employment Discrimination Statutes (Disability) (NRS 613.340))(the "Action");

WHEREAS, the parties hereby stipulate and agree that Plaintiff's claims alleged against Defendant in the Action fall within the scope of the Arbitration Agreements and are subject to its terms.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and ORDERED as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement, pending the completion of the Early Neutral Evaluation, which is currently scheduled to proceed on March 7, 2023;

2. The parties shall submit a Stipulation and Order of Dismissal upon completion of the Early Neutral Evaluation, regardless of whether the matter resolves at the Early Neutral Evaluation session or the parties intend to proceed to arbitration upon its conclusion.

3. By participating in the Early Neutral Evaluation process and exchanging initial disclosures in advance thereof, the parties agree that they are not acting inconsistently with the Arbitration Agreement and Defendant reserves all rights to proceed in arbitration in accordance with the Arbitration Agreement should the parties be unable to resolve Plaintiff's claims at the Early Neutral Evaluation session.

4. Defendant will not object to, or subsequently seek to dismiss the arbitration, on a statute of limitations argument that asserts that the arbitration demand or commencement of the arbitration proceeding was untimely or too late because Plaintiff did not demand or commence

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV
89169.5937

2

arbitration sooner, but, instead, commenced action in federal court, delaying the commencement of the arbitration proceedings;

5. Defendant will consider the dismissal of this case to constitute Plaintiff's timely notice and demand for arbitration, in lieu of the procedures set forth in the Arbitration Agreement for making an arbitration demand.

6. In conjunction with this Stipulation, the parties shall submit a Joint Motion to Stay Discovery pending dismissal of this case to proceed in arbitration.

Dated: February 17, 2023

Respectfully submitted,

/s/ William J. Geddes
WILLIAM J. GEDDES, ESQ.
THE GEDDES LAW FIRM, P.C.

Attorneys for Plaintiff,
JANINE C. CUDDY

Dated: February 17, 2023

Respectfully submitted,

/s/ Michael D. Dissinger
Z. KATHRYN BRANSON, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
STARBUCKS CORPORATION

**IT IS SO ORDERED.**

Dated: February 21, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937