**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANINE C. CUDDY, an individual, | Case No. 3:22-cv-00459-ART-CLB |
| Plaintiff, | **ORDER APPROVING** |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| STARBUCKS CORPORATION, a foreign corporation, d.b.a. Starbucks Coffee, | |
| Defendant. | |

Plaintiff, JANINE C. CUDDY ("Plaintiff"), and Defendant, STARBUCKS CORPORATION ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each Party to bear its own costs and attorneys' fees. As the matter has been resolved, the Parties desire to dismiss this case in its entirety, with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV
89169.5937
702.862.8800

The Parties agree that neither Party shall be deemed to be a prevailing party in this action and that neither Party will file for an award of costs or attorneys' fees pursuant to any rule, statute or law, whether local, state or federal, in any forum that would be available.

IT IS SO STIPULATED.

Dated: March 30, 2023

Respectfully submitted,

/s/ William J. Geddes
WILLIAM J. GEDDES, ESQ.
THE GEDDES LAW FIRM, P.C.

Attorneys for Plaintiff,
JANINE C. CUDDY

Dated: March 30, 2023

Respectfully submitted,

/s/ Michael D. Dissinger
Z. KATHRYN BRANSON, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
STARBUCKS CORPORATION

**IT IS SO ORDERED.**

Dated: April 3, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE